IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRIDAY L. BODINE,

    Plaintiff,

v.   No. 1:15-cv-00540-JCH-GBW

NANCY A. BERRYHILL,
Acting Commissioner of the Social Security
Administration,

    Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

On June 24, 2015, Plaintiff filed a complaint against Defendant seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1.* On March 10, 2016, Plaintiff filed a Motion to Remand to Agency. *Doc. 29*. On June 24, 2016, that motion was fully briefed. *Docs. 30, 35*. On March 7, 2017, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), in which he recommended granting Plaintiff's Motion and remanding this case to the Social Security Administration for further proceedings. *Doc. 40*. Neither party has filed objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 40*), is ADOPTED.   Plaintiff's motion is

GRANTED and this case REMANDED to the Social Security Administration for further proceedings.

                                                                                     _____
                                                                                     JUDITH C. HERRERA
                                                                                     UNITED STATES DISTRICT JUDGE